UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

NORTHPORT MARINE, LLC,

      Plaintiff,

v.

RESORTERS MARINE LLC,

      Defendant.

Case No. _____

---

## COMPLAINT

---

Plaintiff Northport Marine, LLC, by and through its attorneys, Godfrey & Kahn, S.C., for its Complaint against Defendant Resorters Marine LLC, hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action to recover amounts due and owing for marine products, outboard motors, trailers, parts, accessories, and related equipment sold by Plaintiff Northport Marine, LLC ("Northport") to Defendant Resorters Marine LLC ("Resorters") pursuant to the parties' ongoing course of dealing. Resorters accepted the goods it ordered but failed to pay the purchase price. Resorters owes Northport $117,079.84, exclusive of prejudgment interest, costs, and post-judgment interest.

### JURISDICTION AND VENUE

2. Northport is a limited liability company formed under the laws of the State of Wisconsin. Northport's members are citizens of the State of Wisconsin.

3. Resorters is a limited liability company formed under the laws of the State of Minnesota. Upon information and belief, Resorters' two members are both citizens of the State of Minnesota.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a).

6. Venue is proper in the Eastern District of Wisconsin under 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiff's claims occurred in this District and/or the parties agreed that payment was to be made to Plaintiff in Wisconsin.

## FACTUAL ALLEGATIONS

7. Northport is engaged in the business of distributing and selling marine products, including boats, outboard motors, trailers, accessories, and related equipment.

8. Resorters is a marine dealer that purchased products from Northport.

9. Pursuant to the parties' course of dealing, Resorters submitted purchase orders to Northport for marine products.

10. Northport accepted the orders and delivered the products requested by Resorters.

11. Northport issued invoices to Resorters for each shipment.

12. The invoices required payment on a "NET-ON RECEIPT" basis.

13. Resorters accepted the goods delivered by Northport and has retained the benefit of those goods.

14. Northport fully performed all obligations required of it under the parties' agreement.

15. Northport issued the following unpaid invoices:

| Invoice No. | Date | Amount |
|---|---|---|
| 583738 | April 23, 2025 | $7,575.00 |
| 583759 | April 25, 2025 | $15,218.00 |
| 583805 | May 6, 2025 | $18,694.00 |
| 583827 | May 7, 2025 | $9,092.00 |

2

| | | |
|---|---|---|
| 583828 | May 7, 2025 | $920.00 |
| 583865 | May 13, 2025 | $7,192.00 |
| 583950 | June 2, 2025 | $5,121.00 |
| 583997 | June 9, 2025 | $3,037.00 |
| 584060 | June 18, 2025 | $13,417.00 |
| 584079 | June 20, 2025 | $36,813.84 |

**Total Outstanding Balance: $117,079.84**

16.     True and correct copies of the invoices are attached as **Exhibit A**.

17.     Northport provided Resorters an account statement reflecting this balance on or about June 2, 2026.  Resorters has failed to object to the account statement.  A true and correct copy of the account statement is attached as **Exhibit B**.

18.     Resorters has failed and refused to pay the outstanding balance despite demand.

19.     As a direct result of Resorters' failure to pay, Northport has been damaged in the amount of $117,079.84, together with continuing interest and other recoverable damages.

### COUNT I – BREACH OF CONTRACT

20.      Plaintiff adopts by reference and incorporates as if set forth herein all the preceding allegations.

21.     A valid and enforceable contract existed between Northport and Resorters for the purchase and sale of marine products.

22.     Northport fully performed its obligations under the contract by supplying and delivering the products ordered by Resorters.

23.     Resorters materially breached the contract by failing to pay for the products delivered.

3

24. As a direct and proximate result of Resorters' breach, Northport has suffered damages of $117,079.84, together with prejudgment interest and all other amounts recoverable by law.

## COUNT II – ACCOUNT STATED

25. Plaintiff adopts by reference and incorporates as if set forth herein all the preceding allegations.

26. Northport rendered a statement of account and invoices reflecting the amounts due.

27. Resorters retained the invoices and statement without timely objection and failed to dispute the balances reflected therein.

28. An account was thereby stated between the parties in the amount of $117,079.84.

29. Resorters has failed to pay the stated account, despite stating that it would make payment.

## COUNT III – UNJUST ENRICHMENT

30. Plaintiff pleads this claim of unjust enrichment in the alternative.

31. Resorters knowingly accepted and retained valuable goods supplied by Northport.

32. Resorters has received the benefit of those goods without paying for them.

33. Under the circumstances, it would be inequitable for Resorters to retain the benefit of the goods without compensating Northport.

WHEREFORE, Plaintiff Northport Marine, LLC respectfully requests judgment against Defendant Resorters Marine LLC as follows:

A. Awarding damages in the amount of $117,079.84;

B. Awarding prejudgment interest as allowed by applicable law;

D. Awarding Plaintiff its taxable costs; and

4

E. Awarding such other and further relief as the Court deems just and equitable.

## JURY TRIAL

Plaintiff hereby demands a jury trial with 12 persons.

Dated this 22nd day of July, 2026.

GODFREY & KAHN, S.C.

By: s/ Jonathan T. Smies
    Jonathan T. Smies
    State Bar No. 1045422

*Attorneys for Plaintiff Northport Marine, LLC*

P.O. ADDRESS:
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Phone:  920-432-9300
Fax:  920-436-7988
jsmies@gklaw.com

5

38772927